# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:15-cv-579-RWS-RSP |
| SPRINT CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., BOOST MOBILE, LLC, ALCATEL-LUCENT S.A., ALCATEL-LUCENT USA, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, APPLE INC., HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, ZTE CORPORATION, ZTE USA INC. & ZTE SOLUTIONS, INC., | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court are Sprint, Apple, and Alcatel's Joint Motion to Dismiss Plaintiff's Contributory Infringement Claims (Dkt. No. 47); ZTE's Motion to Dismiss Plaintiff's Contributory Infringement Claims (Dkt. No. 57); Samsung's Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's First Amended Complaint (Dkt. No. 80); Ericsson's Second Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's First Amended Complaint (Dkt. No. 81); and HTC's Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's

First Amended Complaint (Dkt. No. 82). The Court finds the two Motions to Dismiss (Dkt. No. 47, 57) and the three Motion to Extend Time (Dkt. No. 80, 81, 82) are **MOOT** because Plaintiff has filed a Second Amended Complaint (Dkt. No. 79, 85) and Samsung has been dismissed from this case (Dkt. No. 121).

**SIGNED this 8th day of August, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE