IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:15-cv-576-RWS-RSP LEAD |
| AT&T INC., AT&T MOBILITY LLC, ALCATEL-LUCENT S.A., ALCATEL-LUCENT USA, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, APPLE INC., HTC CORPORATION, HTC AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, ZTE CORPORATION, ZTE USA INC. & ZTE SOLUTIONS, INC., | | Case No. 2:15-cv-579-RWS-RSP Case No. 2:15-cv-580-RWS-RSP Case No. 2:15-cv-581-RWS-RSP |
| Defendants. | | |

## **ORDER**

The Court enters this Order *sua sponte*. The Court's Consolidation Order (e.g. Dkt. No. 125 in Case No. 2:15-cv-576) instructs the parties to "file any future filings (except relating to venue) in the LEAD CASE."

Plaintiff appears to have separately filed Amended Complaints in each member case. Plaintiff is **ORDERED** to re-file its Amended Complaints in the lead case only. Defendants are **ORDERED** to file any answers or responses to the Amended Complaints in the lead case only. The Court shall deem the filing date of each Amended Complaint to be the date it was first filed.

The Court requests the clerk terminate any filings that do not conform with this Order.

**SIGNED this 29th day of August, 2016.**

                                                ROY S. PAYNE
                                               UNITED STATES MAGISTRATE JUDGE