**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC | § § § § | |
| v. | § | Case No. 2:15-CV-0579-RWS-RSP |
| | § § | |
| SPRINT CORPORATION, ET AL. | § | |

**ORDER**

The Clerk is directed to close this case in view of the Order of Dismissal in 2:15cv576 (Dkt. No. 561).

**SIGNED this 17th day of May, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE